**Order entered January 2, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01320-CV

**THE UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL CENTER, Appellant**

**V.**

**MARIA ALCANTAR, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-04210-A**

## ORDER

Before the Court is the December 31, 2018 unopposed second motion for an extension of time to file a brief.  We **GRANT** the motion and extend the time to **January 4, 2019**.


/s/  ADA BROWN
   JUSTICE